# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Edward R. Christini  
      Myrlann L. Christini fka Myrlann L. Schneider  
              Debtor(s)

BK NO. 16-00746 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Morgan Stanley Mortgage Capital Holdings LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ 

Rebecca Solarz  
07 Dec 2020, 15:47:12, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322