In re:  
Edward R. Christini  
Myrlann L. Christini  
    Debtor(s)

Case No. 16-00746-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Dec 18, 2020     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Edward R. Christini, Myrlann L. Christini, 1230 Bishop Avenue, Oberlin, PA 17113-1101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2020      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James M Bach | on behalf of Debtor 1 Edward R. Christini JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| James M Bach | on behalf of Debtor 2 Myrlann L. Christini JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| Joseph P Schalk | on behalf of Creditor Wells Fargo Bank N.A. S/B/M To Wachovia Bank, N.A. F/K/A First Union National Bank joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |
| Mario John Hanyon | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |

Mario John Hanyon
        on behalf of Creditor BSI FINANCIAL SERVICES pamb@fedphe.com

Rebecca Ann Solarz
        on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com

Recovery Management Systems Corporation
        claims@recoverycorp.com

Steven P. Kelly
        on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its Individual Capacity but Solely as Trustee for Brougham Fund II Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov

William Edward Miller
        on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its Individual Capacity but Solely as Trustee for Brougham Fund II Trust wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Myrlann L. Christini fka Myrlann L. Schneider<br>Edward R. Christini<br>                Debtor(s) | Chapter 13 |
| Morgan Stanley Mortgage Capital Holdings LLC<br>              v.<br>Myrlann L. Christini fka Myrlann L. Schneider<br>Edward R. Christini<br>            and<br>Charles J. DeHart, III<br>                Trustee | NO. 16-00746 HWV |

## ORDER

      Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on it is ORDERED AND DECREED that:

      The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Morgan Stanley Mortgage Capital Holdings LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1230 Bishop Ave Oberlin, PA 17113-0000.

      The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: December 18, 2020       By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (CD)