United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 16-00746-HWV

Edward R. Christini                                                 Chapter 13

Myrlann L. Christini

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                        Page 1 of 2

Date Rcvd: May 27, 2021                     Form ID: trc                           Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5370550 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | |
| | TWecf@pamd13trustee.com |
| James M Bach | |
| | on behalf of Debtor 1 Edward R. Christini  JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| James M Bach | |
| | on behalf of Debtor 2 Myrlann L. Christini  JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| Jerome B Blank | |
| | on behalf of Creditor Wells Fargo Bank  N.A. pamb@fedphe.com |

Joseph P Schalk

    on behalf of Creditor Wells Fargo Bank  N.A. S/B/M To Wachovia Bank, N.A. F/K/A First Union National Bank
    joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Mario John Hanyon

    on behalf of Creditor Wells Fargo Bank  N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com

Mario John Hanyon

    on behalf of Creditor BSI FINANCIAL SERVICES pamb@fedphe.com  mario.hanyon@brockandscott.com

Rebecca Ann Solarz

    on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com

Recovery Management Systems Corporation
    claims@recoverycorp.com

Steven P. Kelly

    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its Individual Capacity but Solely as
    Trustee for Brougham Fund II Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

William Edward Miller

    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its Individual Capacity but Solely as
    Trustee for Brougham Fund II Trust wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

TOTAL: 13

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-00746-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Edward R. Christini
1230 Bishop Avenue
Oberlin PA 17113-1101

Myrlann L. Christini
1230 Bishop Avenue
Oberlin PA 17113-1101

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/26/2021.

Name and Address of Alleged Transferor(s):

Claim No. 4: Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB
Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Attn: BK Dept
Houston TX 77042
Wilmington Savings Fund Society, FSB

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/29/21

Terrence S. Miller
**CLERK OF THE COURT**