United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-00746-HWV |
| Edward R. Christini | Chapter 13 |
| Myrlann L. Christini | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 17, 2021 | Form ID: fnldec | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Edward R. Christini, Myrlann L. Christini, 1230 Bishop Avenue, Oberlin, PA 17113-1101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 19, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James M Bach | on behalf of Debtor 1 Edward R. Christini JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| James M Bach | on behalf of Debtor 2 Myrlann L. Christini JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| Joseph P Schalk | on behalf of Creditor Wells Fargo Bank N.A. S/B/M To Wachovia Bank, N.A. F/K/A First Union National Bank joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |

Mario John Hanyon
    on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor BSI FINANCIAL SERVICES pamb@fedphe.com mario.hanyon@brockandscott.com

Rebecca Ann Solarz
    on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com

Recovery Management Systems Corporation
    claims@recoverycorp.com

Steven P. Kelly
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its Individual Capacity but Solely as Trustee for Brougham Fund II Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William Edward Miller
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its Individual Capacity but Solely as Trustee for Brougham Fund II Trust wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Edward R. Christini,<br>**Debtor 1**<br><br>Myrlann L. Christini,<br>fka Myrlann L. Schneider,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:16−bk−00746−HWV |

Social Security No.:
    xxx−xx−5664    xxx−xx−8390

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 17, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PatriciaRatchford, Deputy Clerk

**fnldec** (10/20)